# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01152-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KENNETH L. SHEPARD,

 Applicant,

v.

THE DENVER SHERIFF'S DEPARTMENT,
UNDERSHERIFF GARY WILSON, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

 Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  _X_  is missing certificate showing current balance in prison account (it is not necessary for the account statement to be notarized; instead, it must be

|       |     |                                                                                                |
|-------|-----|------------------------------------------------------------------------------------------------|
|       |     | certified by the appropriate official)                                                         |
| (5)   | __  | is missing required financial information                                                      |
| (6)   | __  | is missing an original signature by the prisoner                                               |
| (7)   | __  | is not on proper form (must use the court's current form)                                      |
| (8)   | __  | names in caption do not match names in caption of complaint, petition or habeas application   |
| (9)   | _X_ | other: Motion is necessary only if $5.00 filing fee is not paid in advance.                    |

**Complaint, Petition or Application**:
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ names in caption do not match names in text
(16) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __ other:

Accordingly, it is

ORDERED that the Applicant cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 3, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge